1 DANIEL J. BRODERICK, #89424
Federal Defender
2 CARO MARKS, Bar #159267
Senior Litigator
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 OCTAVIO DE ALBA-FLORES

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S-07-399 EJG
                                    )
12                    Plaintiff,    )
                                    )  STIPULATION AND ORDER TO CONTINUE
13        v.                        )  STATUS CONFERENCE
                                    )
14 OCTAVIO DE ALBA-FLORES           )
                                    )  Date:  November 16, 2007
15                    Defendant.    )  Time:  10:00 a.m.
                                    )  Judge: Hon. Edward J. Garcia
16 _____ )

17

18        It is hereby stipulated between the parties, Kyle Reardon,

19 Assistant United States Attorney, Caro Marks, attorney for defendant

20 Octavio De Alba-Flores, as follows:

21        The Status Conference date of October 19, 2007 should be continued

22 until November 16, 2007. The reason for the continuance is that the

23 parties are awaiting receipt of Probation's "Alien Pre-plea Presentence

24 Report". Additionally, defense counsel needs more time to review the

25 discovery with the defendant, and will need time to review the Pre-plea

26 PSR after it arrives from Probation.  Therefore the parties stipulate

27 and agree on a continuance until November 16, 2007.

28        IT IS STIPULATED that the period from the signing of this Order up

1   to and including November 16, 2007 be excluded in computing the time

2   within which trial must commence under the Speedy Trial Act, pursuant

3   to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing

4   preparation of counsel.

5   Dated: October 18, 2007                 Respectfully submitted,

6                                           DANIEL BRODERICK
                                            Federal Defender
7
                                            /s/ Caro Marks
8                                           _____
9                                           CARO MARKS
                                            Assistant Federal Defender
                                            Attorney for Defendant
10                                          OCTAVIO DE ALBA-FLORES

11
    Dated:  October 18, 2007               MCGREGOR SCOTT
12                                          United States Attorney

13
                                             /s/ Kyle Reardon
14                                          _____
15                                          KYLE REARDON
                                            Assistant U.S. Attorney

16
                                   ORDER
17
         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
18
    ordered that the status conference presently set for October 19, 2007,
19
    be continued to November 16, 2007, at 10:00 a.m.  Based on the
20
    representation of defense counsel and good cause appearing therefrom,
21
    the Court hereby finds that the failure to grant a continuance in this
22
    case would deny defense counsel reasonable time necessary for effective
23
    preparation, taking into account the exercise of due diligence.  The
24
    Court finds that the ends of justice to be served by granting a
25
    continuance outweigh the best interests of the public and the defendant
26
    in a speedy trial.  It is ordered that time from this date to, and
27
    including, the November 16, 2007 status conference shall be excluded
28
    from computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

2  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel

3  time to prepare.

4  Dated: October 18, 2007

5                                    /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
6                                    Senior United States District Judge

Stip & Order/Gustavo Montes Vasquez     -3-